**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 282 WAL 2018

            Respondent          :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

            v.                  :

                                :

CRAIG BLACK,                       :

            Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.